ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:14-CR-367-B |
| JOHN CARL HALL | |

## FACTUAL RESUME

The defendant, John Carl Hall, has reviewed with his attorney, Michael Phillip Levine, and acknowledges that he understands in order to establish his guilt for Count Six of the Indictment filed against him, namely Possession of a Controlled Substance (methamphetamine, a Schedule II controlled substance) with Intent to Distribute that Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), the government must prove each of the following elements beyond a reasonable doubt:

First: That the individual knowingly possessed a mixture or substance containing a detectable amount of methamphetamine;

Second: That the substance was in fact a mixture or substance containing a detectable amount of methamphetamine; and

Third: That the individual possessed the substance with the intent to distribute it.

Source: Pattern Crim. Jury Instr. 5th Cir. 2.87 (2012).

### Stipulated Facts

Factual Resume – Page 1

Between May 13, 2014 and August 14, 2014, in the Dallas Division of the Northern District of Texas and elsewhere, John Carl Hall, knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841 (a)(1) and (b)(1)(C).

More specifically, on or about August 14, 2014, Hall possessed approximately 66 grams of methamphetamine. Hall operated a game room, which was a known distribution point for the sale of methamphetamine.

This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support Hall's guilty plea to Count Six set forth in the Indictment.

_____   12/16/2014
P.J. MEITL                    Date
Assistant United States Attorney
Virginia Bar No. 73215
D.C. Bar No. 502391
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: (214) 659-8600
Facsimile: (214) 659-8812
Email: philip.meitl@usdoj.gov

_____   12-14-14
JOHN CARL HALL                Date
Defendant

_____   12/14/14
MICHAEL P. LEVINE             Date
Attorney for the Defendant

Factual Resume – Page 2