IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO.:  3:14-CR-367-B (05) |
| | § | |
| JOHN CARL HALL | § | |

## SCHEDULING ORDER FOR SENTENCING

Should counsel for the defendant desire to be present for the initial interview between the defendant and the probation officer, counsel must arrange to do so within three government business days from the date of this order.

In any case in which 18 U.S.C. §§ 3663-64 apply, counsel for the government shall provide to the probation officer, no later than **five** days from the date of this Order, all information necessary for the officer to comply with the crime victim restitution requirements.

If, during the presentence report ("PSR") investigation, it is determined that Texas Youth Commission ("TYC") records are needed, the court orders the TYC to release these records to the Probation Officer assigned to prepare the PSR, acting in the performance of the officer's official duties pursuant to Fed. R. Crim. P. 32.  The specific records that are to be released include documents pertaining to the defendant's social history, court disposition records, substance abuse treatment records, psychological evaluations, other mental health treatment records, educational records, general health

records, adjustment while incarcerated records, and release dates from the TYC.

The Presentence Report must be disclosed to the Court, defendant, defendant's counsel, and the attorney for the Government by **April 2, 2015.**

Written objections to the Presentence Report, or a written statement adopting the findings of the Presentence Report must be delivered by the parties to the Probation Officer, to the Court, and to each other by **April 16, 2015.**

If written objections to the Presentence Report have been timely made, the Probation Office must disclose any addendum to the Presentence Report by **April 23, 2015.**

Any motion regarding DOWNWARD OR UPWARD DEPARTURES or VARIANCES from the advisory guidelines must be filed at least 14 days before sentencing. All such motions must be RESPONDED TO in WRITING at least 7 days before sentencing.

Written objections to this addendum must be delivered to the Court and the Probation Officer by **April 30, 2015.**

Sentencing is scheduled for **1:30 p.m. on Thursday May 7th, 2015.**

**SO ORDERED.**

Signed January 16th, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE