UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | CRIMINAL ACTION NO: |
| v. | § | 3:14-CR-00367-B |
| | § | |
| JOHN CARL HALL (05), | § | |
| Defendant. | § | |

## ORDER

On June 11, 2015, Defendant JOHN CARL HALL'S Motion to Continue Sentencing and Associated Deadlines, filed on June 8, 2015, came before the Court for consideration. After a hearing on the merits of the Motion, the Court found that the Motion should be GRANTED.

Written Objections to the Presentence Report, or a written statement adopting the findings of the Presentence Report must be filed by or before **June 25, 2015**. The Presentence Report Addendum must be filed by or before **July 2, 2015**. Written Objections to the Addendum must be filed by or before **July 9, 2015**. Any motion regarding downward or upward departures or variances from the advisory guidelines must be filed at least 14 days before sentencing. All such motions must be responded to in writing at least 7 days before sentencing.

Sentencing will be on **July 16, 2015 at 1:30 PM.**

Except under extraordinary circumstances, no further extensions will be granted.

SO ORDERED.

Signed this June 12, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE